# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 05-2006

_____

James B. Kenner,                               *
                                              *
                 Appellant,                    *
                                              *   Appeal from the United States
        v.                                     *   District Court for the
                                              *   Eastern District of Missouri.
City of Richmond Heights,                      *
                                              *   [UNPUBLISHED]
                 Appellee.                     *

_____

Submitted: September 13, 2006
Filed: September 14, 2006

_____

Before RILEY, COLLOTON, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

        James B. Kenner appeals the district court's[1] grant of the City of Richmond Heights's motion to dismiss his action based on a prior settlement agreement, arguing the parties had not reached an agreement on all the material terms of their settlement. Upon our careful review of the record and the appellate submissions, we hold that the district court properly concluded that the parties had reached an agreement on all material terms. Accordingly, we affirm. See 8th Cir. R. 47B.

_____

[1]The Honorable Stephen N. Limbaugh, United States District Judge for the Eastern District of Missouri.